■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFF COSTON, Appellant. [701 NYS2d 26] —Judgment, Supreme Court, New York County (Micki Scherer, J.), rendered June 18, 1997, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 4½ to 9 years, unanimously affirmed.

Defendant was not entitled to a jury charge regarding agency since there was no reasonable view of the evidence supporting his theory that he was acting only on behalf of the buyer (*see, People v Herring*, 83 NY2d 780). Defendant, a complete stranger to the purchasing undercover officer, responded to the officer's request for $25 worth of cocaine by patting him down and then steering him to his codefendant, whereupon defendant then actively participated in the drug transaction by accepting $25 from the officer, while making a comment that clearly established that defendant was working for the codefendant. We further find that the verdict was not against the weight of the evidence. Concur—Sullivan, J. P., Nardelli, Rubin, Andrias and Friedman, JJ.